UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14137-CIV-CANNON/Maynard

**SIDNEY SWARTZ**,

    Plaintiff,

v.

**INTERVENTIONAL REHABILITATION
OF SOUTH FLORIDA, INC.**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Court's March 29, 2022 Order Granting Defendant's Motion for Summary Judgment [ECF No. 54]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. Final Judgment is **ENTERED** in favor of Defendant, Interventional Rehabilitation of South Florida, Inc., and against Plaintiff, Sidney Swartz.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 31st day of March 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record